USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. GRIFFIN,

Plaintiff,

-against-

DANIEL MARTUSCELLO III, *et al.*,

Defendants.

No. 23-CV-9810 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On September 21, 2026, Defendants filed a Motion to Dismiss the Amended Complaint (the "Motion"). (ECF No. 56.) Defendants, however, failed to comply with this Court's Local Rules by not seeking leave to file the Motion. Notwithstanding this deficiency, the Court waives the requisite pre-motion conference and sets the following briefing schedule:

1) Plaintiff's opposition papers shall be served (not filed) by November 6, 2026; and
2) Defendants' reply papers shall be served by November 23, 2026.

Defendants are directed to file all motion papers, including *pro se* Plaintiff's papers, on November 23, 2026. Defendants are further directed to mail one physical copy and email one electronic copy of both *pro se* Plaintiff's and Defendants' motion papers to Chambers as the papers are served.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF and to note such service on the docket.

Dated: September 22, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge